| | |
|---|---|
| **GARY A. HECKER, ESQ.** <br> **(State Bar No. 099008)** <br> **JAMES M. SLOMINSKI, ESQ.** <br> **(State Bar No. 166357)** <br> **THE HECKER LAW GROUP, PLC** <br> 1925 Century Park East, Suite 2300 <br> Los Angeles, California 90067 <br> Telephone: (310) 286-0377 <br> Facsimile: (310) 286-0488 <br> Email: ghecker@hh.com <br> jslominski@hh.com <br><br> Attorneys for Plaintiffs <br> **Ray Liotta and** <br> **Punky, Inc.** | LOUIS P. PETRICH <br> (State Bar No. 038161) <br> EDWARD A. RUTTENBERG <br> (State Bar No. 067378) <br> LEOPOLD, PETRICH & SMITH, P.C. <br> 2049 Century Park East, Suite 3110 <br> Los Angeles, California 90067-3274 <br> E-Mail: lpetrich@lpsla.com; <br> eruttenberg@lpsla.com <br> Tel: (310) 277-3333 <br> Fax: (310) 277-7444 <br><br> JEFFERY J. DAAR (SBN 105536) <br> jdaar@daarnewman.com <br> MICHAEL R. NEWMAN (SBN 49676) <br> mnewman@daarnewman.com <br> DAAR & NEWMAN <br> A Professional Law Corporation <br> 21700 Oxnard Street, Suite 350 <br> Woodland Hills, CA 91367 <br> (818) 615-0999 <br> FAX: (818) 615-1066 <br><br> Attorneys for Individual Defendants |

### IN THE UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY LIOTTA, an individual; and PUNKY, INC., a California Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> NERIUM INTERNATIONAL, LLC, a Texas Limited Liability Company; individuals MICHAEL SHOUHED; KELLY HEFFERNAN; JUDITH PEREZ; SHERI VARESZADEH; JACKIE BRANN; NELSON BRANN; VICTORIA ROWE; KIMBERLY FELICE; MICHELLE MANIRE; and DOES 1–10, <br><br> Defendants. | Civil No. CV 14-1632 CAS (AJWx) <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** <br><br> HON. CHRISTINA A. SNYDER, PRESIDING |

1

**STIPULATION FOR DISMISSAL**

**TO THE COURT:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Settlement Agreement between the parties, all Plaintiffs and all Defendants hereby stipulate to the dismissal with prejudice of all claims by Plaintiffs against Defendants. To the extent the Settlement Agreement does not provide otherwise, each party shall bear its own costs, attorneys' fees, and other expenses relating to this action. The Court, however, will retain jurisdiction to enforce the terms of the Settlement Agreement and, if necessary, to set aside this Stipulation for Dismissal for that purpose.

Respectfully submitted,

**THE HECKER LAW GROUP**

Dated: January 22, 2015         By: /s/ James M. Slominski

Gary A. Hecker
James M. Slominski
Attorneys for Plaintiffs
RAY LIOTTA;
PUNKY, INC.

LEOPOLD, PETRICH & SMITH, P.C.

Dated: January 22, 2015         By: /s/ Edward A. Ruttenberg

LOUIS P. PETRICH
EDWARD A. RUTTENBERG
Attorneys for Defendant
NERIUM INTERNATIONAL, LLC

DAAR & NEWMAN
a Professional Law Corporation

Dated: January 22, 2015         By: /s/ Jefferey J. Daar

Jefferey J. Daar
Michael R. Newman
Attorneys for Defendants
MICHAEL SHOUHED;
KELLY HEFFERNAN; JUDITH PEREZ;
SHERI VARESZADEH; JACKIE BRANN;
NELSON BRANN; VICTORIA ROWE;
KIMBERLY FELICE; MICHELLE MANIRE